# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M-Y11 | 9467656 | Zweck | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☒ State Code |
|---|---|---|
| 11/12/2025  14:30 | MTA 21-801.1 | |

**Place of Offense:** Porter Street Fort Detrick MD

**Offense Description: Factual Basis for Charge** ☐ HAZMAT
MTA 21-801.1  Exceed max speed 35mph in a 25mph zone

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ARMSTRONG | KARM | MAE |

Zip: 21747

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| GFM1052 | MD | 2009 | Honda SD | | Gray |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee
$ 120 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| 1520 Freedman Drive Fort Detrick MD 21702 | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



*9467656*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Nov 12**, 20**25** while exercising my duties as a law enforcement officer in the **Fort Detrick** district of **Maryland**.

On 2025UTR at 1430 hrs I observed a gray Honda Bearing MD REG GFM1052 Traveling W/B on Porter at a high rate of speed. My visual observation was confirmed by RADAR with an Audio/Digital display of 35mph in a clearly posted 25mph zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Armstrong by their Driver's license.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/12/2025**   Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident